IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.:  3:14cr98/MCR

ANTONIO BLACKWELL
DEXTER A. LOCKE
_____

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendants, by consent, have appeared before me pursuant to Rule 11, Fed. R. Crim. P., and have entered a plea of guilty to Counts I and II of the Superseding Indictment. After cautioning and examining the Defendants under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowing and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the pleas of guilty be accepted and that the Defendants be adjudicated guilty and have sentence imposed accordingly.

Dated: January 22, 2015            /s/ *Elizabeth M. Timothy*
                                   **ELIZABETH M. TIMOTHY**
                                   **CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

Any objections to these proposed findings and recommendations must be filed within twenty four (24) hours after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636**; United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**